240

### 39279. CURL v. CHERRY.

EBERHARDT, Judge. This companion case of *Curl v. Cherry,* ante, seeks recovery of medical expenses for injuries to the plaintiff's minor child. The substantive allegations being the same, the ruling is controlled by *Curl v. Cherry,* ante, and the defendant's general demurrer should have been sustained.

*Judgment reversed. Carlisle, P. J., and Custer, J., concur.*

DECIDED JANUARY 25, 1962.

*R. M. Daley, Jones & Douglas, Paul J. Jones, Jr.,* for plaintiff in error.

*Thompson & Briley, Joseph H. Briley, H. Dale Thompson,* contra.